UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Nicole L'Etoile</u>

    v.                    Civil No. 06-cv-00390-JL

<u>New England Finish
Sytems, Inc.</u>

### **O R D E R**

    Regarding the defendant's "Amended Objections to Plaintiff's Pretrial Statement with Exhibit and Witness Lists," (document no. 78), counsel should not assume that the court will comb through filings or "amendments" pertaining to the Final Pretrial Conference that are filed after the conference takes place. If counsel requests some type of relief, or wishes to bring the court's attention to some issue or argument not advanced at the Final Pretrial Conference, it should do so in a separate filing requesting specific relief, or objecting to specific relief.

    **SO ORDERED.**

                                          /s/ Joe Laplante
                                          Joseph N. Laplante
                                          United States District Judge

Dated:    September 8, 2008

cc:  Heather M. Burns, Esq.
     Charla B. Stevens, Esq.